# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

FILED
2015 OCT 29 P 2:29
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

---

UNITED STATES OF AMERICA,

V.

**CR 15   507**   WHO

DARON McCLINTON and
TIFFANY SMITH

SEALED BY ORDER OF COURT

---

DEFENDANT(S).

---

## INDICTMENT

COUNT ONE: 18 U.S.C. § 2111 - Robbery in Special Maritime and Territorial Jurisdiction;
COUNT TWO: 18 U.S.C. § 371 - Conspiracy to Commit Robbery;
COUNT THREE: 18 U.S.C. § 113(a)(3) - Assault with a Dangerous Weapon in Special Maritime and Territorial Jurisdiction.

A true bill.

_____William Florence_____
Foreman

Filed in open court this _29th_ day of
OCTOBER 2015

_Stephen Ybarra_
Clerk

Bail, $ _No bail, arrest warrants for each defendant_

1-MJS

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

Title 18, United States Code, Section 2111
Title 18, United States Code, Section 371
Title 18, United States Code, Section 113(a)(3)

[SEALED BY ORDER OF COURT]

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximums: Count 1: 15 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment. Count 2: 5 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment. Count 3: 10 years imprisonment, $250,000 fine; 3 years supervised release; $100 special assessment.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED 2015 OCT 29 P 2:27
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NO. DIST. OF CA.

DEFENDANT - U.S.
▶ Tiffany Smith

DISTRICT COURT NUMBER
CR 15 507 WHO

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
U.S. Park Police

☐ person is awaiting trial in another Federal or State Court, give name of court
_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District
_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under _____

Name and Office of Person Furnishing Information on this form   BRIAN J. STRETCH
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   William J. Edelman

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
_____

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction     } ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
_____

Has detainer been filed?  ☐ Yes  ☐ No     } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT     Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:
_____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

Title 18, United States Code, Section 2111
Title 18, United States Code, Section 371
Title 18, United States Code, Section 113(a)(3)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximums: Count 1: 15 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment. Count 2: 5 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment. Count 3: 10 years imprisonment, $250,000 fine; 3 years supervised release; $100 special assessment.

*SEALED BY ORDER OF COURT*

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

DEFENDANT - U.S.
▶ Daron McClinton

DISTRICT COURT NUMBER
CR 15 507 WHO

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
U.S. Park Police

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form  BRIAN J. STRETCH
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  William J. Edelman

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:  Before Judge:

Comments:

BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

[SEALED BY ORDER OF COURT stamp]

FILED
2015 OCT 29 P 2: 29
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARON MCCLINTON, and<br>TIFFANY SMITH,<br><br>Defendants. | CR. 15 507 WHO<br><br>VIOLATION: Title 18, United States Code, Section 2111 – Robbery in Special Maritime and Territorial Jurisdiction; Title 18, United States Code, Section 371 – Conspiracy to Commit Robbery; Title 18, United States Code, Section 113(a)(3) – Assault with a Dangerous Weapon in Special Maritime and Territorial Jurisdiction; Title 18, United States Code, Section 981(a)(1) and Title 28, United States Code, Section 2461(c) – Forfeiture Allegation<br><br>SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE: (18 U.S.C. § 2111 — Robbery in Special Maritime and Territorial Jurisdiction)

1. On or about October 3, 2015, in the Northern District of California, in the Presidio of San Francisco, an area within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under its exclusive jurisdiction, the defendants,

DARON MCCLINTON and TIFFANY SMITH,

did knowingly and unlawfully by force and violence and by intimidation, take from the person and presence of T.Q. a camera, camera equipment, and money, all in violation of Title 18, United States Code, Section 7(3) and 2111.

INDICTMENT

1

COUNT TWO:    (18 U.S.C. § 371 – Conspiracy to Commit Robbery)

2.    On or about October 3, 2015, in the Northern District of California, the defendants,

DARON MCCLINTON and TIFFANY SMITH,

unlawfully and knowingly conspired and agreed together and with each other to commit an offense against the United States, to wit, robbery in the special maritime and territorial jurisdiction of the United States, in violation of Title 18, United States Code, Section 371.

Overt Acts

3.    In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Northern District of California:

a) On or about October 3, 2015, DARON MCCLINTON and TIFFANY SMITH followed the victim T.Q. from a photo shoot near the Palace of Fine Arts in San Francisco, California, to the Presidio of San Francisco, California.

b) On or about October 3, 2015, DARON MCCLINTON drove a vehicle containing TIFFANY SMITH to where T.Q. was unloading camera equipment from his parked car.

c) On or about October 3, 2015, TIFFANY SMITH exited the vehicle, pointed a pistol at T.Q., and demanded his property.

d) On or about October 3, 2015, when T.Q. did not comply with TIFFANY SMITH's demand, DARON MCCLINTON exited the car with his own pistol and approached T.Q.

e) On or about October 3, 2015, DARON MCCLINTON and TIFFANY SMITH each pistol whipped T.Q. repeatedly about his head and neck until T.Q. relinquished his property.

f) On or about October 3, 2015, DARON MCCLINTON and TIFFANY SMITH fled the scene in their vehicle with property taken from T.Q.'s person.

All in violation of Title 18, United States Code, Section 371.

COUNT THREE:    (18 U.S.C. § 113(a)(3) — Assault with a Dangerous Weapon in Special Maritime and Territorial Jurisdiction)

4.    On or about October 3, 2015, in the Northern District of California, in the Presidio of San Francisco, an area within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under its exclusive jurisdiction, the defendants,

INDICTMENT

|   |   |
|---|---|
| 1 | DARON MCCLINTON and TIFFANY SMITH, |
| 2 | did knowingly and unlawfully assault T.Q. with a dangerous weapon with intent to do bodily harm, all |
| 3 | in violation of Title 18, United States Code, Section 7(3) and 113(a)(3). |
| 4 | <u>FORFEITURE ALLEGATION</u>:     (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)) |
| 5 | 5.    All of the factual allegations contained in this Indictment are re-alleged and incorporated |
| 6 | as if fully set forth here. |
| 7 | 6.    Upon conviction of Count One in the Indictment, the defendants, |
| 8 | DARON MCCLINTON and TIFFANY SMITH, |
| 9 | shall forfeit to the United States of America pursuant to Title 18, United States Code, Section |
| 10 | 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which |
| 11 | constitutes or is derived from proceeds traceable to the offense. |
| 12 | 7.    If any of the property described above, as a result of any act or omission of the defendant: |
| 13 | a) cannot be located upon the exercise of due diligence; |
| 14 | b) has been transferred or sold to, or deposited with, a third party; |
| 15 | c) has been placed beyond the jurisdiction of the court; |
| 16 | d) has been substantially diminished in value; or |
| 17 | e) has been commingled with other property which cannot be divided without difficulty; |
| 18 | the United States of America shall be entitled to substitute property pursuant to Title 21, United States |
| 19 | Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c). |
| 20 | // |
| 21 | // |
| 22 | // |
| 23 | // |
| 24 | // |
| 25 | // |
| 26 | // |
| 27 | // |
| 28 | // |

INDICTMENT

3

1  All in violation of Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code,
2  Section 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.

4  DATED: 10/29/15                         A TRUE BILL.

                                           _____
6                                          FOREPERSON

7  BRIAN J. STRETCH
   Acting United States Attorney
8

9  _____
10 DANIEL KALEBA
   Deputy Chief, General Crimes

13 (Approved as to form: _____ )
   WILLIAM J. EDELMAN
14 Special Assistant United States Attorney

INDICTMENT

4